UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JUJUAN GEORGE,

    Plaintiff,

v.  Case No. 3:22cv5524-LC-HTC

ESCAMBIA COUNTY JAIL,

    Defendant.

_____/

**ORDER**

The magistrate judge issued a Report and Recommendation on June 15, 2022 (ECF No. 5), recommending dismissal based on Plaintiff's failure to prosecute and failure to comply with Court orders. Efforts have been made to furnish a copy of the Report and Recommendation to the plaintiff and afford him an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). All mail has been returned as undeliverable with an indication that he has been released from incarceration with no forwarding address.

Having considered the Report and Recommendation, I have determined the Report and Recommendation should be adopted.

Case No. 3:22cv5524-LC-HTC

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 5) is adopted and incorporated by reference in this order.

2. That this case is DISMISSED WITHOUT PREJUDICE for failure to prosecute and failure to comply with Court orders.

3. The clerk of court is directed to close this case.

**DONE AND ORDERED** this 21st day of July, 2022.

*s/L.A. Collier*
**LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:22cv5524-LC-HTC